PEOPLE v KRETCHMER. (Docket No. 56304.) Leave to appeal prior to decision by the Court of Appeals denied upon application of plaintiff-appellant. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *John A. Smietanka,* Prosecuting Attorney, and *John Jeffrey Long,* Assistant Prosecuting Attorney, for the people, appellant. Case below, Court of Appeals No. 22609.

PEOPLE v DAVID RICHARD JOHNSON. (Docket No. 56300.) Leave to appeal considered and, it appearing to this Court that the case of *People v Garcia* (Docket No. 55926) is presently pending on appeal before this Court and that the decision in that case may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *People v Garcia. Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *L. Brooks Patterson,* Prosecuting Attorney, and *T. S. Givens,* Deputy Appellate Counsel, for the people. *John H. Waldeck* and *Kenneth A. Webb,* for defendant-appellant. Reported below: 53 Mich App 329.

CITY OF LIVONIA v ARNOLD. (Docket No. 56216.) Leave to appeal considered and, it appearing to this Court that the case of *City of Livonia v Jasik* (Docket No. 55715) is presently pending on appeal before this Court and that the decision in that case may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *City of Livonia v Jasik.* The motion by defendant-appellant to consolidate becomes thereby moot and is denied. *Harry C. Tatigian,* City Attorney, and *Robert B. Brzezinski,* Assistant City Attorney, for plaintiff-appellee. *Daniel A. Burress,* for defendant-appellant. Case below, Court of Appeals No. 20287, order of July 31, 1974.